# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE THOMPSON,<br><br>             Plaintiff,<br><br>        v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of the Social<br>Security Administration,<br><br>             Defendant. | CASE NO.  EDCV 04-00912-SS<br><br>JUDGMENT |

   IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 19, 2005.

                              _____/s/_____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE